IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SILVIA BURLEY,

    Plaintiff,                      No. CIV S-09-1657 GEB KJM PS

    vs.

SAN JOAQUIN COUNTY
SHERIFF'S OFFICE, et al.,

    Defendants.                ORDER

                                    /

          This action was filed June 15, 2009.  Plaintiff seeks injunctive relief prohibiting the Sheriff from evicting her from tribal lands.  It appears that eviction is no longer imminent in light of the long passage of time since plaintiff filed this action.

          Accordingly, IT IS HEREBY ORDERED that within fourteen days from the date of this order, plaintiff shall file a status report and state therein whether this action should be dismissed.

DATED: January 13, 2010.

                                                                     U.S. MAGISTRATE JUDGE

006 burley.sta

1